## Same Cause.

COPY of the Regifter of Births and Deaths of People called Quakers in *England*, proved to be a true one before the Lord Mayor of *London*, allowed to be given in Evidence to prove the death of a Perfon.

## BETHEL *verfus* LLOYD and others.

PARTITION.—Plea *non tenuit infimul, &c.* Defendants permitted to give in Evidence to the Jury, that fome of them were not Tenants of the Freehold * but only Tenants at Will.

## The *Leffee of* LEWIS and MARY WESTON *verfus* THOMAS STAMMERS.

AN Exemplification of a Will, made in *England*, and certified *generally* to have been proved, approved and regiftered, in the Year 1704, in the Prerogative Court of *Canterbury*, under the Seal of the faid Prerogative Court, allowed, on Debate, to be read in Evidence to the Jury.

## Same Cause.

MINUTES of the Commiffioners of property allowed to be given in Evidence.

## Same Cause.

DEPOSITIONS taken in a former Caufe by Rule of Court with Confent of Parties (in an inferior Court) in which the prefent Defendant was a Party, and where the prefent Title (it was faid) came in Queftion, upon Debate, were ruled by the Court to be no Evidence in this Caufe: *Note.* It did not appear that thofe Depofitions were read in Evidence on the former Trial.

*April*

* *Cro. El.* 759. *Litt. Rep*